IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FEE LEE,** | : |
| **Plaintiff,** | : |
| v. | : **CIVIL ACTION FILE NO.** |
|  | : **1:16-CV-03283-LMM** |
| **HAIR PLUS TRADING CO., INC.** | : |
| **and TAE M. LEE,** | : |
| **Defendants,** | : |

## ORDER

This matter having come before the Court and the parties having indicated their desire to fully and finally resolve the claims pending before this Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Court hereby grants the parties' Joint Motion for Approval of Settlement Agreement and adopts and approves the Settlement Agreement and Release entered into by the Parties on June 1, 2017.

This matter is hereby DISMISSED with Prejudice.

KH430626.DOCX

SO ORDERED this 21st day of June, 2017.

                                                                     _____
                                                                     Judge ~~LEE~~ MARTIN MAY Leigh
                                                                     United States District Court for the
                                                                     Northern District of Georgia

Prepared & submitted by:

/s/ Jeffrey D. Horst
Jeffrey D. Horst
Horst@khlawfirm.com
Georgia Bar No. 367834
Patricia King Minton
Minton@khlawfirm.com
Georgia Bar No. 594943
*Counsel for Defendants*

**KREVOLIN & HORST, LLC**
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

KH430626.DOCX